UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARIE HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| EXAMWORKS, INC., | ) |
| EXAMWORKS CLINICAL SOLUTIONS | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants EXAMWORKS, LLC (improperly named in the Complaint as "EXAMWORKS, INC.")[1] and EXAMWORKS CLINICAL SOLUTIONS, LLC ("Defendants"), by their attorneys and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, file this Notice of Removal of the above titled action, Case No. 2019-CA-001237 to this Court from the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida. In support of this Notice of Removal, Defendants state as follows:

### BACKGROUND

1. On or about April 23, 2019, Plaintiff Marie Henry ("Plaintiff") filed her Complaint in the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida, titled *Marie Henry v. ExamWorks, Inc., ExamWorks Clinical Solutions LLC*, Case No. 2019-CA-001237.

2. In her Complaint, Plaintiff alleges that Defendants violated 42 U.S.C. § 1981 ("Section 1981"), Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et*

---

[1] The entity formerly known as "ExamWorks, Inc." is now "ExamWorks, LLC."

*seq*. ("Title VII"), and the Florida Civil Rights Act of 1992, Fla. Stat. Ann. § 706.01 *et seq*., and asserts a common law tort claim for intentional infliction of emotional distress. (Compl. ¶¶ 3-4.)

3. On or about August 1, 2019, Plaintiff served copies of the Complaint and the attached Summonses on Defendants' registered agent of service. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summonses, Plaintiff's Complaint, and all other process, pleadings, and orders served on Defendants are attached hereto as **Exhibit 1**.

4. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after Defendants' receipt of a copy of an initial pleading setting forth the claim or relief upon which this action is based.

5. This action is removable under 28 U.S.C. § 1441 because it is a civil action over which this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. The requirements of 28 U.S.C. § 1331 have been met because in the Complaint, Plaintiff alleges violations of Section 1981 and Title VII.

6. Accordingly, this case is a civil action arising under the laws of the United States over which this Court has original jurisdiction, and, therefore, is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(b). In addition, this Court may exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

7. This action is pending in the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida and, therefore, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

8. Prompt written notice of this Notice of Removal is being sent to Plaintiff and to the Clerk of Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, as required by 28 U.S.C. § 1446(d). A copy of the notice is attached as **Exhibit 2**.

9. The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that Defendants' factual allegations have evidentiary support, and their legal contentions are warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase in the cost of litigation.

    Respectfully submitted,

    EXAMWORKS, LLC and
    EXAMWORKS CLINICAL SOLUTIONS, LLC


    By */s/ Christina F. Meddin*
        Christina F. Meddin
        Florida Bar No. 120489
        *cmeddin@seyfarth.com*
        **SEYFARTH SHAW LLP**
        1075 Peachtree Street, N.E., Suite 2500
        Atlanta, Georgia 30309-3958
        Telephone: (404) 885-1500
        Facsimile: (404) 892-7056

    Counsel for Defendants

Dated: August 21, 2019

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARIE HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| EXAMWORKS, INC., | ) |
| EXAMWORKS CLINICAL SOLUTIONS | ) |
| LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019 I served the foregoing DEFENDANTS' NOTICE OF REMOVAL on the following party by first-class U.S. mail, proper postage prepaid addressed as follows:

> Marie Henry
> P.O. Box 953521
> Lake Mary, Florida 32795

>> */s/ Christina F. Meddin*
>> Christina F. Meddin

58648656v.2