# EXHIBIT A

 

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 846-2015-32529 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Marie Henry** | **(352) 729-2219** | **11-20-1959** |

| Street Address | City, State and ZIP Code |
|---|---|
| **3415 W. Lake Mary Boulevard # 953521, Lake Mary, FL 32795** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **EXAM WORKS CLINICAL SOLUTIONS** | **500 or More** | **(404) 952-2416** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2397 Huntcrest Way, Suite 200, Lawrenceville, GA 30043** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **04-08-2015**   Latest **04-23-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.  I was hired by the above named employer on April 11, 2011, as a Staff Counsel. I am an individual with a disability. On April 8, 2015, I requested a reasonable accommodation, but it was denied. On April 23, 2015, I was terminated.

II.  I was told by Crystal Patmore, Human Resources, that I was terminated due to loss of my credentials.

III.  I believe that I have been discriminated against because of my Age (55), in violation of the Age Discrimination in Employment Act of 1967, as amended. I further believe that I have been discriminated against because of my disability and a perceived disability, in violation of Title I of the American with Disabilities Act of 1990, as amended. I further believe that I have been discriminated against because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 9/14/2015  *Date*   *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*  SEP 2 2 2015 |

RECEIVED

EEOC-ATDO